# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Sheila Gaye Reed, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18cv1238 UNA |
| ) | |
| Nancy A. Berryhill, *Acting Commissioner of* ) | |
| *Operations, Social Security Administration* ) | |
| Defendant. ) | |

## ORDER

The above styled and numbered case was filed on July 26, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Noelle C. Collins, United States Magistrate Judge, under cause number 2:18-cv-00066.

**IT IS FURTHER ORDERED** that cause number 4:17cv1238 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: July 27, 2018                   By: Michele Crayton
                                                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:18-cv-00066 NCC.**